[pic]

 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH

 NO. 02-13-00143-CR

|Jeffrey Wayne Cole | |APPELLANT |
|V. |
|The State of Texas | |STATE |

 ------------

 FROM the Criminal District Court No. 3 OF Tarrant COUNTY

 ------------
 ABATEMENT ORDER
 ------------
 Because Appellant received appointed counsel after the trial court
filed the certification of appeal indicating he had no right of appeal and
after Appellant sought permission to appeal, Appellant seeks clarification
concerning his current right to appeal. Accordingly, we abate and remand
this case to the trial court for the limited purpose of securing a
complete, proper amended certification of appeal. The trial court shall
enter an amended certification of appellant's right of appeal showing (1)
that this case "is a plea-bargain case, but the trial court has given
permission to appeal, and the defendant has the right of appeal" or (2)
that this case "is a plea bargain case, and the defendant has NO right of
appeal," whichever is applicable. See Tex. R. App. P. 25.2(f); Appendix D.
 The trial court shall use whatever means necessary to secure a
complete, proper amended certification. See Tex. R. App. P. 25.2(d). The
trial court shall inform this court as soon as practicable if it is unable
to execute the certification in accordance with the requirements of rule
25.2(d). Tex. R. App. P. 25.2(d).
 After it is properly completed and executed, the amended certification
shall be included in a supplemental clerk's record. See Tex. R. App. P.
34.5(c)(2). The trial court shall cause this supplemental clerk's record
to be filed with the clerk of this court on or before Monday, June 10,
2013. Upon receipt of the supplemental clerk's record, this appeal shall
continue without further order.
 The clerk of this court is directed to transmit a copy of this order
to the attorneys of record, the trial court judge, the trial court clerk,
and the court reporter.
 DATED May 10, 2013.
 PER CURIAM